UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. NATALIE RAVEN and CHRISTY CURTIS, | ) ) ) ) | Civil Action No. 1-11-CV-0994-CAP |
| Plaintiffs-Relators, | ) ) | |
| v. | ) ) | |
| GEORGIA CANCER SPECIALISTS I, P.C., et al., | ) ) ) | |
| Defendants. | ) ) | |

### RELATORS' MOTION TO COMPEL RESPONSE TO INTERROGATORY NO. 8 AND REQUEST FOR PRODUCTION NO. 14 TO DEFENDANT GEORGIA CANCER SPECIALISTS I, P.C.

Plaintiffs-Relators Natalie Raven and Christy Curtis ("Relators") hereby move to require Defendant Georgia Cancer Specialists I, P.C. ("GCS") to provide a full and complete response to Interrogatory No. 8 of Relators' First Interrogatories and Request No. 14 of Relators' First Request for Production of Documents, and, if applicable, to allow Relators a reasonable period after production for follow-up discovery relating to these issues.  In support of this motion, Relators present the accompanying brief.

This 13th day of March, 2017.[1]

        Respectfully submitted,

        <u>/s/ G. Mark Simpson</u>
        G. Mark Simpson
        Georgia Bar No. 647725
        Simpson Law Firm, LLC
        110 Habersham Drive, Suite 108
        Fayetteville, GA 30214
        (770) 371-5008
        (678) 302-8721 (fax)
        mark@marksimpsonlaw.com

        <u>Louis J. Cohen</u>
        Louis J. Cohen
        California Bar No. 123968
        Louis J. Cohen, A Professional Corporation
        28720 Roadside Drive, Suite 273
        Agoura Hills, CA 91301
        (818) 889-5777
        (818) 991-6999 (fax)
        louiscohen@msn.com
        Attorneys for Plaintiffs-Relators

---

[1] Counsel certifies that movant has in good faith conferred with counsel for GCS in an effort to obtain the above discovery without court action.  Counsel certifies that the foregoing motion filed has been prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day filed a copy of the foregoing document using the Court's CM/ECF system, which will automatically send notice of such filing to counsel of record

This 13th day of March, 2017.

G. Mark Simpson