UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. NATALIE RAVEN and CHRISTY CURTIS, <br><br>　　　　Plaintiffs-Relators, <br><br>　　v. <br><br>GEORGIA CANCER SPECIALISTS I, P.C., et al., <br><br>　　　　Defendants. | Civil Action No. <br> 1-11-CV-0994-CAP |

## RELATORS' MOTION FOR RECONSIDERATION OF STATUTE OF LIMITATIONS RULING

Plaintiffs-Relators Natalie Raven and Christy Curtis ("Relators") hereby move for reconsideration of the Court's April 1, 2016 ruling that certain of Relators' claims are barred by the six-year statute of limitations. Order, Doc. 120. In support of this motion, Relators submit the accompanying brief.

Respectfully submitted, this 22nd day of May, 2018.

　　　　　　　　　　/s/ G. Mark Simpson
　　　　　　　　　　G. Mark Simpson
　　　　　　　　　　Georgia Bar No. 647725
　　　　　　　　　　Simpson Law Firm, LLC
　　　　　　　　　　110 Habersham Drive, Suite 108
　　　　　　　　　　Fayetteville, GA 30214
　　　　　　　　　　(770) 371-5008

(678) 302-8721 (fax)
mark@marksimpsonlaw.com

Louis J. Cohen
Louis J. Cohen
California Bar No. 123968
Louis J. Cohen, A Professional Corporation
28720 Roadside Drive, Suite 273
Agoura Hills, CA 91301
(818) 889-5777
(818) 991-6999 (fax)
louiscohen@msn.com
Attorneys for Plaintiffs-Relators

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

    This 22nd day of May, 2018.

                                              /s/ G. Mark Simpson