UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. NATALIE RAVEN, and CHRISTY CURTIS,<br><br>STATE OF GEORGIA ex rel. NATALIE RAVEN and CHRISTY CURTIS,<br><br>   Plaintiffs-Realtors,<br><br>v.<br><br>GEORGIA CANCER SPECIALISTS I, P.C., et al.,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:11-CV-0994-CAP |

## O R D E R

This matter is before the court on plaintiffs' counsel stipulation extending time for Louis Cohen to file his response to G. Mark Simpson's and the Simpson Law Firm, LLC's Motion for Attorney Fees Allocation [Doc. No. 412].[1] The court hereby APPROVES the stipulation. Louis J. Cohen shall have until June 2, 2022, to respond to the Motion for Attorney's Fees [Doc. No. 409].

**SO ORDERED** this 17th day of May, 2022.

---

[1] Counsel is reminded that, in the future, such requests should be made by motion with a proposed order attached.

/s/ Charles A. Pannell
CHARLES A. PANNELL, JR.
United States District Judge