UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. NATALIE RAVEN and CHRISTY CURTIS, | ) ) ) ) | Civil Action No. 1-11-CV-0994-CAP |
| Plaintiffs-Relators, | ) ) | |
| v. | ) ) | |
| GEORGIA CANCER SPECIALISTS I, P.C., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF MOTION FOR ALLOCATION OF ATTORNEYS' FEES AND MOTION TO SEAL

G. Mark Simpson and Simpson Law Firm, LLC ("Simpson") hereby submit this Notice of Withdrawal of Motion for Allocation of Attorneys' Fees and Motion to Seal, and show the Court as follows:

1.     On May 5, 2022, Simpson filed a Motion for Allocation of Attorneys' Fees and to Require Fees to be Deposited With the Court ("Motion").  Docs. 409, 409-1.

2.     On May 26, 2022, Simpson entered into a Settlement Agreement with Louis J. Cohen and Louis J. Cohen, a Professional Corporation ("Cohen"), resolving the fee dispute.  The clients provided written consent to the division of

fees set forth in the Settlement Agreement.  The Settlement Agreement includes a

stipulation between counsel, which Simpson agreed to file on behalf of counsel.

The stipulation is attached hereto as Exhibit A ("Stipulation").

3.      Paragraph 6 of the Stipulation provides that "Counsel further jointly

request that, upon this Stipulation, or, upon proper motion to be filed expeditiously

by Cohen, the withdrawn Motion be placed under seal, for reasons, inter alia, that

the Motion includes exhibits 1-8 which have been designated as Highly

Confidential-Seal pursuant to the Protective Order, and the resolution of the

dispute obviates the need for a ruling by the Court and the Motion is otherwise not

of public interest."

4.      Accordingly, (i) Simpson hereby withdraws the Motion, and (ii) for

the reasons set forth in the Stipulation, Simpson and Cohen request that the Court

place the Motion (Docs. 409, 409-1) under seal, either pursuant to this motion and

Stipulation or pursuant to a motion to be filed by Cohen.

This 27th day of May, 2002.

Respectfully submitted,

s/Thomas C. Rawlings
Thomas C. Rawlings
Georgia Bar No. 595795
Deborah A. Ausburn
Georgia Bar No. 028610

**TAYLOR ENGLISH AND DUMA LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
E-mail:  trawlings@taylorenglish.com
dausburn@taylorenglish.com

Attorneys for G. Mark Simpson and
Simpson Law Firm, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

This 27th day of May, 2022.

s/Thomas C. Rawlings
Thomas C. Rawlings

**EXHIBIT A**

**<u>Stipulation and Notice of Withdrawal of Motion for Allocation of Attorneys'</u>**
**<u>Fees and Request to Seal Motion</u>**

G. Mark Simpson and Simpson Law Firm, LLC ("Simpson") and Louis J.

Cohen and Louis J. Cohen, a Professional Corporation ("Cohen") (collectively,

"Counsel") hereby stipulate as follows:

1. Counsel worked together effectively for 11 years in this declined FCA qui

tam matter and reached a successful resolution for their clients.

2. Counsel reached a temporary impasse with respect to the division of fees.

3. In order to resolve questions regarding the division of fees, Counsel

jointly sought the assistance of a lawyer intermediary with substantial experience

in the FCA qui tam actions, including acting as lead counsel in multi-state matters

where lawyers and law firms from multiple states worked as a team.

4. With the assistance of the lawyer intermediary, Counsel have reached a

fair and reasonable agreement as to the division of attorney's fees in this matter,

presented their proposal to their plaintiff clients and secured their clients' written

approval of their proposed division. Mr. Cohen, as a member of the Bar of the

State of California, is confident that Counsels' resolution of this matter is in full

compliance with the California Rules of Professional Responsibility and Mr.

Simpson does not contest this. Mr. Simpson, as a member of the Bar of the State of

Georgia, is confident that Counsels' resolution of this matter is in full compliance

with the Georgia Rules of Professional Conduct and Mr. Cohen does not contest

this.

     5. In light of their agreement resolving the issue of division of fees, Simpson

hereby withdraws his Motion for Allocation of Attorneys' Fees and to Require

Fees to be Deposited with the Court (Doc. 409) ("Motion").

     6. Counsel further jointly request that, upon this Stipulation, or, upon proper

motion to be filed expeditiously by Cohen, the withdrawn Motion be placed under

seal, for reasons, inter alia, that the Motion includes exhibits 1-8 which have been

designated as Highly Confidential-Seal pursuant to the Protective Order, and the

resolution of the dispute obviates the need for a ruling by the Court and the Motion

is otherwise not of public interest.